**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

November 10, 2025

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

<u>VIA ECF</u>

Honorable P. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    <u>EAD Group LLC v. Toros et al.,</u> 25 Civ. 08083 (DEH)

Dear Judge Ho:

We represent Plaintiff EAD Group LLC ("EAD") and write respectfully to request the Court adjourn the initial pre-trial conference scheduled for November 18, 2025 and the corresponding November 13, 2025 deadline for the parties to file their pre-conference joint letter and case management plan. *See* ECF No. 16. EAD is in the process of serving Defendants Egemen Başar and İş Yatırım, who require international service under the Hague convention.

EAD respectfully requests an adjournment of the initial pre-trial conference until January 27, 2025, to allow for service of the remaining Defendants. Alternatively, the following dates are also mutually agreeable to the parties: January 13, January 20, and February 3, 2025. Pursuant to your Honor's Individual Rules, if the pre-trial conference is adjourned to one of the above dates, the parties will file their joint letter and case management plan on the Thursday of the week prior to the date of the adjourned conference.

Defendants UBS Group AG, Credit Suisse Securities (USA) LLC, and Bulent Toros do not oppose the request. Ms. Toros's counsel has not provided a position as of the date of this letter, despite repeated attempts to contact them concerning this request. This is EAD's first request for an adjournment of the initial pre-trial conference. The parties do not have another appearance scheduled before the Court at this time.

Respectfully submitted,

/s/ R. Corey Worcester

R. Corey Worcester

**Application GRANTED. The initial pre-trial conference is ADJOURNED to February 3, 2026 at 11:00 a.m. with a pre-conference letter due the Thursday of the week prior.**

**SO ORDERED.**

*[signature]*

Dale E. Ho
United States District Judge
Dated: November 12, 2025
New York, New York

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH