UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EAD Group LLC,

                              Plaintiff,

                  v.                                     25-CV-8083 (DEH)

Bulent Toros, et al.,                                    ORDER

                              Defendants.


DALE E. HO, United States District Judge:

The Court is in receipt of the parties' joint letter, ECF No. 89.  In light of the pending

motions, the initial pretrial conference scheduled for February 3, 2026 is hereby **ADJOURNED**

*sine die*.

SO ORDERED.

Dated: February 2, 2026
       New York, New York

_____
                        DALE E. HO
                  United States District Judge